[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 20, 2008
THOMAS K. KAHN
CLERK

No. 07-12927

_____

D. C. Docket No. 06-00155-CV-4-RH-WCS

HOWARD BENNETT,

Plaintiff-Appellant,

versus

SCHOOL BOARD OF MADISON COUNTY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(February 20, 2008)**

Before BLACK and CARNES, Circuit Judges, and RESTANI,[*] Judge.

PER CURIAM:

_____

[*] Honorable Jane A. Restani, United States Court of International Trade Chief Judge, sitting by designation.

After oral argument and a thorough review of the record and briefs in this case, we affirm the grant of summary judgment in favor of defendant School Board of Madison County for the reasons stated in the district court's well-reasoned order dated May 28, 2007.

**AFFIRMED**.